**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| BRITTNEY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:08-cv-0016-SEB-WGH |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

   **IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

The costs of this action are assessed against the plaintiff.

Date: ___07/23/2008___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brittney Johnson
P.O. Box 92
Brooks, KY 40109

Grace H. Han
GE CONSUMER AND INDUSTRIAL
grace.han@ge.com